STATE v. McLAURIN

No. 209 PC.

Case below: 41 N.C. App. 552.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 15 July 1980.

STATE v. McNEIL

No. 273 PC.

Case below: 46 N.C. App. 533.

Petition by defendants for writ of certiorari to North Carolina Court of Appeals denied 15 July 1980.

STATE v. MITCHELL

No. 250 PC.

Case below: 46 N.C. App. 607.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 15 July 1980.

STATE v. MOORE

No. 144 PC.

Case below: 45 N.C. App. 555.

Petition by defendants for discretionary review under G.S. 7A-31 denied 15 July 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 15 July 1980.

STATE v. PHIFER

No. 248 PC.

Case below: 45 N.C. App. 321.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 15 July 1980.